IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LUTHER WILKINS                                             PLAINTIFF

            v.                     Civil No. 04-2209

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                  DEFENDANT

## **JUDGMENT**

On this 12th day of January, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, James C. Mainard, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,555.76 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                       /s/ Bobby E. Shepherd
                                                       HONORABLE BOBBY E. SHEPHERD
                                                       UNITED STATES MAGISTRATE JUDGE